In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

## NO. 09-21-00009-CV
_____

### IN THE INTEREST OF C.M.S. AND D.R.F. II

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause No. CIV32663**

## MEMORANDUM OPINION

V.S. appeals from an order terminating her parental rights to her children, C.M.S and D.R.F. II.[1, 2] The trial court found by clear and convincing evidence, statutory grounds exist for termination of V.S.'s parental rights, and termination of her rights would be in the children's best interest. *See* Tex. Fam. Code. Ann. § 161.001(b)(1)(E), (O). Appellant's court-appointed appellate counsel submitted a brief in which counsel contends there are no meritorious grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re L.D.T.*, 161 S.W.3d

_____

[1] To protect the identity of the minors, we use initials for the children and their mother. *See* Tex. R. App. P. 9.8(b)(2).

[2] C.M.S. and D.R.F. II have different fathers. Neither father appealed. D.R.F. II's father signed an affidavit of voluntary relinquishment. C.M.S.'s father testified that he wanted to relinquish his rights but did not sign an affidavit and does not appeal.

1

728, 731 (Tex. App.—Beaumont 2005, no pet.). The brief provides counsel's professional evaluation of the record. Counsel certified Appellant was served with a copy of the *Anders* brief filed on her behalf. This Court notified Appellant of her right to file a *pro se* response, as well as the deadline for filing the response. This Court did not receive a *pro se* response from Appellant. We have independently reviewed the appellate record and counsel's brief, and we agree any appeal would be frivolous. We find no arguable error requiring us to appoint new counsel to re-brief this appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

Accordingly, we affirm the trial court's order terminating V.S.'s parental rights. In the event V.S. decides to pursue an appeal to the Supreme Court of Texas, counsel's obligations to V.S. can be met "by filing a petition for review that satisfies the standards for an *Anders* brief." *In re P.M.*, 520 S.W.3d 24, 28 (Tex. 2016). *See* Tex. Fam. Code Ann. § 107.016 (3)(B).

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on April 21, 2021
Opinion Delivered May 27, 2021

Before Golemon, C.J., Kreger, and Johnson, JJ.